FILED

18 MAR -8 AM 11: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

18CR1282JM

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places; Title 18, U.S.C., Sec. 2428 - Criminal Forfeiture |
| ARTHUR DAVID BENJAMIN, | |
| Defendant. | |

The grand jury charges:

Between in or about February 2012 and in or about December 2012, defendant ARTHUR DAVID BENJAMIN, a United States citizen whose last known United States residence was in the Southern District of California and who will first enter the United States in the Southern District of California, traveled in foreign commerce from the United States to the Philippines, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person. All in violation of Title 18, United States Code, Section 2423(c).

//

//

//

JCAB:nlv:San Diego
3/8/18

FORFEITURE ALLEGATION

As the result of committing the offense alleged in this Indictment, and pursuant to Title 18, United States Code, Section 2428, defendant ARTHUR DAVID BENJAMIN, shall forfeit to the United States all rights, title and interest in the following property:

1.   Any property, real and personal, used or intended to be used to commit or to facilitate the commission of this violation; and

2.   Any property, real and personal, that constitutes or is derived from proceeds traceable to this violation.

All pursuant to Title 18, United States Code, Section 2428.

DATED: March 8, 2018.

A TRUE BILL:

_____
Foreperson

JEFFERSON B. SESSIONS III
U.S. Attorney General

By: _____
LESLIE WILLIAMS FISHER
Trial Attorney
Department of Justice, Criminal Division
Child Exploitation and Obscenity Section


ADAM L. BRAVERMAN
United States Attorney

By: _____
JANET A. CABRAL
Assistant U.S. Attorney

2