**CASSANDRA L. LOPEZ**
California State Bar No. 260919
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
Telephone: (619)234-8467
Email: cassandra_l_lopez@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:18CR1282-JM |
| Plaintiff, | |
| v. | **NOTICE OF ATTORNEY APPEARANCE AS LEAD COUNSEL** |
| ARTHUR DAVID BENJAMIN, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Cassandra L. Lopez and Federal Defenders of San Diego, Inc. files this Notice of Appearance in the above-captioned case.

Respectfully submitted,

Dated:  May 11, 2018      *s/ Cassandra L. Lopez*
CASSANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
e-mail: cassandra_l_lopez@fd.org

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney's Office
Assistant U.S. Attorney
Email: Efile.dkt.gc2@usdoj.gov

DATED: May 11, 2018                    *s/ Cassandra L. Lopez*
                                       **CASSANDRA L. LOPEZ**
                                       Federal Defenders of San Diego, Inc.