| | |
|---|---|
| 1 | **LAUREN J. CLARK** |
|   | California State Bar No. 308211 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
|   | Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666 |
|   | Lauren_Clark@fd.org |
| 5 | |
| 6 | Attorneys for Arthur David Benjamin |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   18cr1282 |
|---|---|
| Plaintiff, | Hon. Jeffrey T. Miller |
| v. | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| Arthur David Benjamin | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Lauren J. Clark, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-counsel in the above-captioned case. **Cassandra Lucinda Lopez shall remain as lead counsel.**

Respectfully submitted,

Dated:  May 21, 2018    *s/ Lauren J. Clark*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Benjamin
Email:  Lauren_Clark@fd.org

**CERTIFICATE OF SERVICE**

    Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the parties by virtue of their registration with the CM/ECF system.

Respectfully submitted,

Dated: May 21, 2018

*s/ Lauren J. Clark*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Benjamin
Email: Lauren_Clark@fd.org