# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
_Agathus David Benjamin_ )
)
)

CASE NUMBER _18cr1282-JM_

ABSTRACT OF ORDER

Booking No. _70515298_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _5/22/2018_

the Court entered the following order:

_✓_ Defendant be released from custody. _by 10 am on May 23, 2018_

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_✓_ Defendant to be released to Pretrial Services for electronic monitoring.

_✓_ Other: _Deft to be released to pretrial services by 10 am on May 23, 2018._
_Please call Eric Kosmo 619-602-9952 when released_

**BERNARD G. SKOMAL**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received_____
DUSM

JOHN MORRILL                    Clerk
by
_____ Deputy Clerk

K. BETANCOURT

Crim-9    (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY

2018 MAY 22   PM 3:42   RECEIVED U.S. MARSHALS-S/CA