# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 25 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Arthur David Benjamin

**WARRANT FOR ARREST**

Case Number:    18CR1282-JM

~~NOT FOR PUBLIC VIEW~~

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Arthur David Benjamin
                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☐ Pretrial Violation

charging him or her with (brief description of offense):
18:2423(c);18:2428 - Engaging in Illicit Sexual Conduct in Foreign Places; Criminal Forfeiture

DATE: _____
ARRESTED BY:
Manuel Ramirez
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

In violation of Title ____ See Above ____ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

s/ S. Mitchell
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

3/8/2018
Date and Location

Bail fixed at $ ____ No Bail ____    by ____ The Honorable Karen S. Crawford ____
                                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |  |  |

HSI