UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 18cr1282 JM |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTON TO CONTINUE MOTION /TRIAL SETTING HEARING |
| ARTHUR BENJAMIN, | |
| Defendant. | |

Upon joint motion of the parties (Doc. No. 18), and for good cause shown, **IT IS HEREBY ORDERED** that the Motion/Trial Setting Hearing scheduled for June 15, 2018 be continued to *August 3, 2018 at 11:00 a.m*. Time shall be excluded in the interest of justice, pursuant to 18 U.S.C. §3161(h)(7)(a), as well as 18 U.S.C. §3161(h)(4) given Mr. Benjamin's health condition.

**IT IS SO ORDERED.**

DATED: June 12, 2018

JEFFREY T. MILLER
United States District Judge