UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.   ) | CASE NO. 3:18-CR-01282-JM |
| ) | |
| ARTHUR BENJAMIN,   ) | |
| ) | |
| Defendant.   ) | |

NOTICE OF APPEARANCE

Please enter the appearance of U.S. Department of Justice Trial Attorney Leslie Williams Fisher as counsel for the United States of America in the above-captioned matter. Assistant U.S. Attorney Janet Cabral will continue to be lead counsel for the United States.

Respectfully submitted,

/s/ Leslie Williams Fisher
Leslie Williams Fisher, Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Avenue, NW
Washington, DC  20530
(202) 616-2557

Dated:  July 5, 2018

Certificate of Service

I hereby certify that on July 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

   /s/ Leslie Williams Fisher
Leslie Williams Fisher