ADAM L. BRAVERMAN
United States Attorney
JANET A. CABRAL
Assistant United States Attorney
California Bar No. 168900
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8715
Email: Janet.Cabral@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1282-JM |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY |
| ARTHUR BENJAMIN, | |
| Defendant. | Date: August 3, 2018<br>Time: 11:00 a.m. |

Comes now the plaintiff, United States of America, through its counsel, Adam L. Braverman, United States Attorney, and Janet A. Cabral, Assistant United States Attorney, and files its response to the defendant Isaiah Smallwood Jackson's motion for discovery.

**I**

**BACKGROUND**

In January 2013, HSI Attache Manila received information that a United States citizen, Arthur BENJAMIN, was the operator of a bar in Olongapo, Philippines that provided adult and minor females for sexual acts with customers. The bar was identified as Avila's Bar, also known as the Crow Bar. On February 2, 2013, HSI Special Agents went to Avila's bar in an undercover capacity. They engaged in conversation with a white male. They asked if he was American, and he said he was, and introduced himself as "Art" (a name known to be used by BENJAMIN). When asked where he was from he

said "really all over but I'll claim Florida" but that his wife and children lived in Southern California. BENJAMIN said that he had been living in the Philippines off and on for 30 years and had been in the country for the last two years. When one agent observed that he was surprised that BENJAMIN had managed to stay married after living in the Philippines, BENJAMIN commented about a Facebook message sent to his wife by a "disgruntled waitress" alleging, among other things, that BENJAMIN maintained an apartment for a 16-year-old girlfriend whom he was sleeping with. BENJAMIN said "of course it's all true" but he still had to "deny, deny, deny." About his bar, BENJAMIN stated that you don't open "these kinds of places" to make money but for the extra benefits of having the "girls" there for any sexy acts you can think of when "the urge hits you." He said that he tells "his girls" that at 8:00 pm they should consider him a customer and "treat" him accordingly. BENJAMIN also said that he had a "mama-san" who worked for him and had borrowed money from him. The woman asked BENJAMIN if he would take her 16-year-old granddaughter's virginity to settle the debt. BENJAMIN said he asked the granddaughter if she "wanted him to take her virginity" and her reply was "sure, I guess if it will help my grandma." BENJAMIN stated that it was worth the loan, indicating that he had in fact had sex with the virgin minor.

On February 4, 2013, an HSI SA, along with an agent from the Philippines National Bureau of Investigation (NBI) went to Avila's bar. They had conversations with two females who identified themselves as "Vanessa" and "Princess." (Princess was later identified as 16-year-old G.D.V., the minor victim who is the subject of the charge set forth in the indictment). Princess told the agents that she stayed with the "mama-san" of the bar, and identified her as the woman standing behind the bar.

On February 5, 2013, HSI assisted NBI with the execution of a rescue operation at Avila's Bar. ABC News Reporters were onsite during the rescue operation. Six victims, including two minors, were rescued, including G.D.V. BENJAMIN was arrested on violations of Philippine law.

On February 6, 2013, an HSI SA and Investigator interviewed BENJAMIN at an NBI office in Manila. BENJAMIN was advised of his <u>Miranda</u> rights and waived those rights verbally. The following is a summary of what BENJAMIN told HSI:

- He is married to a woman who is a Philippine citizen and a U.S. Lawful Permanent Resident. At the time Emilie was residing in the U.S. with their two children.
- In December 2012, BENJAMIN went back to the U.S. for vacation and to clear up a Facebook post with his wife that alleged he had an underage girlfriend.
- BENJAMIN was in the Philippines from March 2012-December 2012.
- BENJAMIN said he believed there were no minor girls working at his bar.
- He leased Avila's Bar for six years. He does not know the name of the landlord for the bar's property.
- When he first opened the bar there were two minor females working there, but after two weeks the Department of Social Welfare and Development (DSWD) did not allow it. They were 16 years old.
- He has a 17-year-old girlfriend who was 16 when he met her. She goes by the name "Jade." He started having sex with her in 2011. He finally supported her and paid for her school. She initially lived in a room at his bar but later he rented an apartment for her and her mother.
- BENJAMIN has had sex with G.D.V., also known as Princess. He had sex with her about 10 to 15 times and she is a possible minor. He said he "popped her cherry" (took her virginity) around March 2012, as repayment from his mamasan, Lucy. He had paid Lucy's hospital bills (30,000 Philippine Pesos). He also paid for G.D.V. to attend Alternative Learning System.

On February 7, 2013, an HSI Investigator met with G.D.V., who disclosed that she met BENJAMIN when she was 15 years old while working at a bar in the Philippines.

3

Her mother[1] Lucy was sick and G.D.V. was offered money by BENJAMIN in exchange for sexual contact with him. She accepted the offer and had sex with BENJAMIN at a hotel. Every time BENJAMIN was at the bar with foreign guests, he offered her to the guests and bragged that she is a minor.

On April 18, 2013, an HSI Forensic Interview Specialist interviewed G.D.V. The interview was audio and video recorded. G.D.V. was 16 years old at the time of the interview. She said she was 14 when she first met BENJAMIN. She identified herself in a photo where she is wearing a white t-shirt and pulling down her underwear with her hand. She said the photos were taken by an older man whose name she didn't remember. She said there was an older American male named Don who worked as the manager at the Crow Bar and identified him in a photo. She said BENJAMIN had two girlfriends and they were both 16. She said that BENJAMIN "de-virginized" her when she was 16, and confirmed that the sex was to pay BENJAMIN back for her grandmother's medical expenses. BENJAMIN told her he would send her to school. He sent her to the Supic Center Learning System. On five occasions, BENJAMIN made her have sex with other men for money.

## II
## PROCEDURAL HISTORY

The grand jury returned an indictment on March 8, 2018, charging defendant with engaging in illicit sexual conduct in foreign places in violation of 18 U.S.C. § 2423(c). Defendant has entered a plea of not guilty.[2]

//
//
//

---

[1] In the ROI regarding this interview, Lucy is referred to as Glean's mother. However, in all other reports, and in Glean's interview, she is referred to as Glean's grandmother.

[2] Shortly after his arrest in the Philippines, a complaint was filed charging Benjamin with two counts of engaging in illicit sexual conduct in foreign places in violation of 18 U.S.C. § 2423(c). S.D. Cal., Case No. 13mj1050. That complaint was dismissed upon the grand jury's indictment filed in this case.

## III
## RESPONSE TO DISCOVERY MOTION

To date, the United States has produced 111 pages of written discovery. Certain other materials are in the possession of the United States, including certain photos of G.D.V. and another minor female which are protected materials under 18 U.S.C. § 3509(m) and may be reviewed by the defense at the office of the U.S. Attorney. The United States will continue to make those materials reasonably available as this case proceeds, and will produce additional discovery as it becomes available.

The United States is aware of, and will comply with, its discovery obligations under Fed. R. Crim. Proc. 16, *Brady v. Maryland*, and the *Jencks* Act. Discovery is ongoing. The parties are working to prepare this matter for resolution or trial, and will request a continuance of the current motion hearing date to allow time for the defense to complete its analysis of the evidence, and for the parties to otherwise prepare for trial. Because discovery is ongoing, there is a pending motion, and the parties need additional time to prepare the case for trial as set forth herein, the United States request that the Court exclude time under the speedy trial act pursuant to 18 U.S.C. § 3161(h)(1)(D) and (7)(A).

Respectfully submitted,

Date: July 29, 2018        ADAM L. BRAVERMAN
                           United States Attorney

                           */s/ Janet A. Cabral*
                           Janet A. Cabral
                           Assistant U.S. Attorney
                           Attorneys for the United States

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Janet A. Cabral, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' Response to defendant's discovery motion and this Certificate of Service on all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 29, 2018

*/s/ Janet A. Cabral*
JANET A. CABRAL
Assistant U.S. Attorney