# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 18cr1282 JM |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION / TRIAL SETTING HEARING |
| v. | |
| ARTHUR BENJAMIN, | |
| Defendant. | |

Upon joint motion of the parties (Doc. No. 22), the Motion/Trial Setting Hearing, currently scheduled for August 3, 2018, is continued to **September 21, 2018 at 11 a.m**. IT IS FURTHER ORDERED that time should be excluded pursuant to 18 U.S.C. §3161(h)(3)(A) because Mr. Benjamin's medical condition currently renders him unavailable. In addition, time should be excluded pursuant to 18 U.S.C. §3161(h)(4) given that Mr. Benjamin is in the hospital and his medical condition currently renders him physically unable to stand trial.

IT IS SO ORDERED.

DATED: August 1, 2018

JEFFREY T. MILLER
United States District Judge