ADAM L. BRAVERMAN
United States Attorney
JANET A. CABRAL
Assistant United States Attorney
California Bar No. 168900
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8715
Email: Janet.Cabral@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1282-JM |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT |
| ARTHUR DAVID BENJAMIN, | |
| Defendant. | |

    Comes now the plaintiff, United States of America, through its counsel, Adam L. Braverman, United States Attorney, and Janet A. Cabral, Assistant U.S. Attorney, and moves the court pursuant to Fed. R. Crim. Proc. 48 to dismiss the indictment in this case. Defense counsel advised that defendant passed away on August 6, 2018.

    Respectfully submitted,

Date:  August 13, 2018          ADAM L. BRAVERMAN
                                     United States Attorney

                                       */s/ Janet A. Cabral*
                                       Janet A. Cabral
                                       Assistant U.S. Attorney
                                       Attorneys for the United States

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Janet A. Cabral, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the United States' motion to dismiss and this Certificate of Service on all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 13, 2018

                                                  */s/ Janet A. Cabral*
                                                  JANET A. CABRAL
                                                  Assistant U.S. Attorney