UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1282 JM |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISMISS INDICTMENT |
| ARTHUR DAVID BENJAMIN, | |
| Defendant. | |

The Government's motion to dismiss the complaint pursuant to Fed. R. Crim. Proc. 48 is GRANTED.  The complaint is hereby DISMISSED in light of defendant's death.

IT IS SO ORDERED.

Date:  August 13, 2018

_____
Jeffrey T. Miller
United States District Judge