UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   18cr1282 JM |
| Plaintiff, | |
| v. | **ORDER TO RETURN PASSPORT TO DEFENDANT'S FAMILY** |
| ARTHUR BENJAMIN, | |
| Defendant. | |

    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the defendant's passport in the above-captioned case be released by Pretrial Services and returned to the defendant's family.

    **IT IS SO ORDERED.**

Dated:  August 16, 2018

JEFFREY T. MILLER
United States District Judge