UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ARTHUR DAVID BENJAMIN,<br><br>        Defendant. | Case No. 18cr1282 JM<br><br>Amended<br>ORDER GRANTING MOTION TO DISMISS INDICTMENT AND JUDGMENT |

    The Government's motion to dismiss the complaint pursuant to Fed. R. Crim. Proc. 48 is GRANTED. The complaint is hereby DISMISSED in light of defendant's death.

    IT IS SO ORDERED.

Date: September 14, 2018

                                            Jeffrey T. Miller
                                            United States District Judge